**STATE of Missouri, Respondent,**

v.

**Daniel Dale DAVID, Appellant.**

**Daniel Dale DAVID, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 48008.

Missouri Court of Appeals, Western District.

April 4, 1995.

Motion to Transfer to Supreme Court Denied May 30, 1995.

John N. Schilmoeller, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and HANNA, JJ.

## ORDER

PER CURIAM.

Appeal from the denial of a Rule 29.15 motion for post-conviction relief after a hearing.

Judgment Affirmed. Rule 84.16(b).